**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-01600-LTB-CBS

SHELLEY GORDON,

Plaintiff,

v.

ALLSTATE FINANCIAL SERVICES, INC., a Nevada corporation,

Defendant.

___

**ORDER DISMISSING CASE WITH PREJUDICE**
___

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: August 10, 2009